1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

KALI PARKER,

　　　　　Plaintiff,

　　　v.

COUNTY OF MONTEREY, et al.,

　　　　　Defendants.

Case No. 16-cv-00960 NC

**ORDER TO SHOW CAUSE RE: SECOND AMENDED COMPLAINT**

Re: Dkt. No. 34

16

17

18

　　　　Parker moved to file a first amended complaint, which defendants oppose.  Parker then filed a second amended complaint, but replied to defendants' opposition, arguing why the Court should permit her to file a first amended complaint.

19

20

21

　　　　By July 20, Parker must file a status update with the Court clarifying if the filing of a second amended complaint moots the motion to file a first amended complaint.  If so, Parker must also seek leave to file the second amended complaint by July 20.

22

　　　　**IT IS SO ORDERED.**

23

24

25

Dated:  July 13, 2016

_____

　　　NATHANAEL M. COUSINS
　　　United States Magistrate Judge

26

27

28

Case No. 16-cv-00960 NC

*United States District Court*
*Northern District of California*